STATE OF NEW JERSEY v. DARREN BOYKINS.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MAURICE HARRISON.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LUIS LEBRON.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ERIC EMORY.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JUSTO RAMIREZ.

September 17, 1985.

Petition for certification denied.